IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 16–0363-JKB |
| | : | |
| DAVID ALBERT HUNTER | : | |
| | : | |
| Defendant | : | |

**CONSENT MOTION TO CONTINUE SENTENCING**

COMES NOW, the Defendant David Hunter, by and through counsel, Michael E. Lawlor, Brennan, McKenna & Lawlor, Chartered, and hereby moves this Honorable Court to continue the sentencing date currently scheduled in this case. In support of this Motion, counsel states the following:

1. Per prior Order of the Court, the Defendant is scheduled to appear before this Honorable Court for sentencing on Friday, April 20, 2018. All sentencing memoranda are currently due on or before April 6, 2018. For the following reasons, the undersigned respectfully requests a continuance of the sentencing date.

2. Undersigned counsel has retained the services of a mitigation specialist, Rebecca Bowman-Rivas, to aid in the representation of Mr. Hunter at sentencing. Ms. Bowman-Rivas has had extenuating family issues arise in the last few weeks that have caused her to be out of town and unable to meet with Mr. Hunter and his family as part of her investigation.

3. Undersigned counsel requires a brief continuance to allow for Ms. Bowman-Rivas to complete her investigation in this matter.

4. For these reasons, undersigned counsel requires additional time of approximately 45 days to prepare for sentencing in this case. Because undersigned counsel's trial calendar is extensive, counsel asks that if this Motion is granted, a new date be cleared with the parties.

5. Therefore, the Defendant respectfully asks this Court to grant a continuance of the current sentencing date scheduled in this case.

6. Undersigned counsel contacted Assistant United States Attorney Peter Martinez, and is authorized to state that the United States does not oppose this motion.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court continue the current sentencing date scheduled in this case to a date agreed on by the parties.

Respectfully submitted,

s/_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane
Suite 700
Greenbelt, Maryland  20770
301.474.0044

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, April 3, 2018, a copy of this Motion was delivered, via ECF, to registered users at the Office of the United States Attorney.

/s_____
Michael E. Lawlor