USA

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

vs.

2021 MAY 20  AM 9: 48

**GERALD JOHNSON**

CLERK'S OFFICE
AT BALTIMORE

Criminal No. JKB-16-0363

BY_____ DEPUTY

**Defendants Remmer Hearing Exhibit**

| Exhibit No. | Identification | Admitted | Description |
|:-----------:|:--------------:|:--------:|:-----------:|
| 1 | 5/17/21 | | Court Facility Report |
| 2 | 5/17/21 | | Report of Investigation |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)